08 CV 4744

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VESTRA LTD.

                Plaintiff,        08 CV

-v-

                                       STATEMENT PURSUANT
                                       TO F.R.C.P 7.1

TOYAS DIS TICARET AS,

                Defendant.
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, VESTRA LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       May 21, 2008

                                       CHALOS, O'CONNOR & DUFFY, L.L.P.
                                       Attorneys for Plaintiff
                                       VESTRA LTD.

                By:   _____
                                       George M. Chalos (GC-8693)
                                       366 Main Street
                                       Port Washington, New York 11050
                                       Tel: (516) 767-3600
                                       Fax: (516) 767-3605
                                       Email: gmc@codus-law.com