UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VESTRA LTD.,

                                Plaintiff,          08 CV 4744 (RPP)

-v-

TOYAS DIS TICARET AS,

                                Defendant.
-------------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, VESTRA LTD, formerly a Member of the firm, Chalos, O∅Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

        Chalos & Co, P.C.
        123 South Street
        Oyster Bay, NY 11771
        Tel:  + 1 516 714 4300
        Fax:  +1 866 702 4577
        Email:  gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       June 20, 2008

                                                  s/George M. Chalos
                                                  CHALOS & CO, P.C.
                                                  123 South Street
                                                  Oyster Bay, NY 11771
                                                  Ph:     516-714 4300
                                                  Fax:    866-702-4577
                                                  Email: gmc@chaloslaw.com