UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

VESTRA LTD.

                                    Plaintiff,

-v-

TOYAS DIS TICARET AS

                                    Defendant.

--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

08 CV 4744 (RPP)

**NOTICE OF VOLUNTARY**
**DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed

without prejudice by plaintiff, VESTRA LTD., as to defendant pursuant to Rule 41(a)(1) of the

Rules of Civil Procedure for the United States District Courts. Defendant has not appeared,

answered, or filed a motion for summary judgment in this action. No costs are to be assessed to

any party.

Dated: Oyster Bay, New York
       August 25, 2008

                              CHALOS & CO, P.C.
                              Attorneys for Plaintiff
                              VESTRA LTD.

By:

                              George M. Chalos (GC-8693)
                              123 South Street
                              Oyster Bay, New York 11771
                              Tel: (516) 714-4300
                              Fax: (866) 702-4577
                              Email: gmc@chaloslaw.com

August 25, 2008

SO ORDERED:

Hon. Robert P. Patterson, U.S.D.J.